PAUL OHNEWALD and JASON P. DENLINGER, Copartners, Doing Business under the Firm Name and Style of OHNEWALD & DENLINGER, Respondents, v. CRACO CONSTRUCTION CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Question to be certified. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD H. COLEMAN, Appellant.— Motion granted to the extent of enlarging until the second Monday of April, 1929, defendant's time to perfect and argue appeal. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

BARNET RIFKIN, Appellant, v. ED ZIT HOLDING CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

GEORGE E. SMITH, Appellant, v. MARY E. SMITH, Respondent.— Motion for stay granted upon condition that appellant comply with the terms and provisions of the order to show cause; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

PATRICK BRADLEY, Respondent, v. HARRIS & LEWIS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Seeger, Carswell and Scudder, JJ.

BENJAMIN BROWN, Appellant, Respondent, v. EDITH BROWN, Respondent, Appellant.— The decision of this court handed down on March 1, 1929,* is hereby amended to read as follows: Order, in so far as appealed from, and judgment entered thereon, dismissing complaint upon the merits, unanimously affirmed, with costs to respondent, appellant. No opinion. Present — Lazansky, P. J., Rich, Young, Carswell and Scudder, JJ.

OLAF CASPERSEN, Appellant, v. LA SALA BROS., INC., Defendant, and OMAHA REALTY COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Seeger, Carswell and Scudder, JJ.

MICHAEL GOTTLIEB, MOSES L. PINCO and SEYMOUR H. RIPIN, Respondents, v. JOHN C. ABBUEHL, KATHERINE S. ABBUEHL and SAMUEL MARCUS, Defendants, and DAVID SCHNEIDER and ISIDORE BRENNER, Appellants.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

---

* Reported in 226 App. Div. 673.— [REP.